IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

      Plaintiff,                    No. CIV S-07-0396 DFL EFB P

      vs.

CA REAL ESTATE COMMISSIONER DAVI,

      Defendant.               <u>ORDER</u>

        Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. §1983.

        To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

        Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed *in forma pauperis*.

        Accordingly, plaintiff has 30 days from the date of service of this order to submit either the filing fee or the application required by § 1915(a). The Clerk of the Court is directed to mail

/////

////

1 to plaintiff a form application for leave to proceed *in forma pauperis*. Failure to comply with
2 this order will result in a recommendation that this action be dismissed.
3     So ordered.
4 Dated: March 14, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE