IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

    Plaintiff,                         No. CIV S-07-0396 DFL EFB PS

    vs.

CA REAL ESTATE COMMISSIONER DAVI,

    Defendant.
_____/

JOSEPH A. SHERMAN,

    Plaintiff,                         No. CIV S-06-1217 GEB GGH PS

    vs.

CA REAL ESTATE COMMISSIONER DAVI,                         <u>ORDER</u>

    Defendant.
_____/

On February 27, 2007, plaintiff filed a document styled "Complaint For Injunctive Relief, Motion For Construal As Amended Complaint," using the same caption and listing the identical defendant to his previously filed case, Civ. S-06-1217 GEB GGH PS. Due to clerical error, the February 27, 2007, second amended complaint was opened as a new case, Civ. S-07-0396 DFL EFB PS. By letter filed May 17, 2007, plaintiff clarified that he was attempting to file a second

1

amended complaint in Civ. S-06-1217 GEB GGH PS.

Accordingly, it is hereby ORDERED that:

1. The Clerk is directed to remove the February 27, 2007, complaint from Civ. S-07-0369 DFL EFB PS and to docket it as a second amended complaint in Civ. S-06-1217 GEB GGH PS, with a filing date of February 27, 2007;

2. The Clerk is further directed to place a copy of plaintiff's May 17, 2007, clarification letter in Civ. S-06-1217 GEB GGH PS; and,

3. The Clerk is directed to close Civ. S-07-0369 DFL EFB PS.

DATED: May 21, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2